Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OHIO SECURITY INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> PUGET SOUND ENERGY, INC., a Washington corporation; PILCHUCK CONTRACTORS, INC., a Washington corporation, <br><br> Defendants. | NO. 2:18-cv-00987-MJP <br><br> ORDER GRANTING PSE'S MOTION TO SEAL |

THIS MATTER came before the Court on Defendant PSE's Motion to Seal. The Court, being familiar with the records and files herein, having considered the motion, responses, and reply, and being otherwise fully advised, hereby ORDERS as follows:

1. PSE's Motion to Seal is GRANTED;

2. The publicly-filed, redacted version of PSE's Opposition to Plaintiff Ohio Security's Motion to Remand, which references confidential terms of the Settlement Agreement

ORDER GRANTING PSE'S MOTION TO SEAL - 1
No. 2:18-cv-00987-MJP

GORDON TILDEN THOMAS CORDELL
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

entered into on May 2, 2018, shall remain publicly-filed in its in redacted form, with no need for PSE to have to file an unredacted version thereof.

3. Exhibit 1 to the Declaration of Mark Wilner in Support of the PSE's Opposition, which contains a copy of the referenced confidential Settlement Agreement, shall remain sealed, with no need for PSE to have to file an unsealed or unredacted version thereof.

DATED this 15th day of August, 2018.

Marsha J. Pechman
United States District Judge

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendant Puget Sound Energy, Inc.

By: s/ *Mark Wilner*
     Jeffrey M. Thomas, WSBA #21175
     Mark Wilner, WSBA #31550
     John D. Cadagan, WSBA #47996

ORDER GRANTING PSE'S MOTION TO SEAL - 2
No. 2:18-cv-00987-MJP

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477