UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OHIO SECURITY INSURANCE CO., | NO. 2:18-cv-00987-MJP |
| Plaintiff, | STIPULATED MOTION AND ORDER CONTINUING EXPERT DISLOSURE DEADLINES |
| v. | |
| PUGET SOUND ENERGY, INC., a Washington corporation; PILCHUCK CONTRACTORS, INC., a Washington corporation, | |
| Defendants. | |

## I. INTRODUCTION

The parties, though counsel, hereby stipulate and jointly propose an approximately a two-week extension of expert disclosure deadlines to facilitate a settlement discussion, as discussed below.

## II. FACTUAL BACKGROUND

**A.    Nature of the Case**

This is a case arising out of the Greenwood gas explosion that occurred approximately three years ago. Plaintiff seeks to recoup monies it paid to its insured, and seeks to recover those monies from Defendants.

**B.      Procedural History**

The parties have not sought a continuance of any deadline before. They previously mediated with the Honorable Bruce Hilyer (ret.) and are now attempting to schedule a settlement conference in late March or early April 2019. The parties and their counsel believe that this settlement conference could result in the resolution of this action. The parties do not believe they need expert disclosures to meaningfully confer about settlement, and that the parties' efforts would be better spent on preparing for the settlement conference.

**C.      Current and Requested Expert Disclosure Deadlines**

Below are the current and requested deadlines for expert disclosures:

|  | **Current deadline** | **Requested deadline** |
| --- | --- | --- |
| Reports from expert witness under FRCP 26(a)(2) due | March 25, 2019 | April 8, 2019 |
| Rebuttal expert disclosures under FRCP 26(a)(2) | April 24, 2019 | April 22, 2019 |

### III.  ANALYSIS AND ARGUMENT

Under LCR 16(b)(5)(ii), the Court may modify a case schedule for good cause shown. The parties believe that they meet the good cause standard for a modest continuance of the expert disclosure deadlines for the reasons set forth above.

### IV.  CONCLUSION

For the foregoing reasons, the parties jointly request a continuance of the expert disclosure deadlines.

DATED this 19th day of March, 2019.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendant Puget Sound Energy, Inc.

By  *s/ Mark Wilner*
　　Jeffrey M. Thomas, WSBA #21175
　　Mark Wilner, WSBA #31550
　　600 University Street, Suite 2915
　　Seattle, Washington 98101-4172
　　206.467.6477
　　jthomas@gordontilden.com
　　mwilner@gordontilden.com

**SCHEER, HOLT, WOODS & SCISCIANI LLP**
Attorneys for Defendant Pilchuck Contractors, Inc.

By  *s/Dennis G. Woods*
　　Dennis G. Woods, WSBA #28713
　　Jimmy B. Meeks, Jr, WSBA #52664
　　701 Pike Street, Suite 2200
　　Seattle, WA  98101
　　206.262.1200
　　dwoods@scheerlaw.com
　　jmeeks@scheerlaw.com

**LAW OFFICE OF WILLIAM E. PIERSON, JR. PC**
Attorneys for Plaintiff

By  *s/William E. Pierson, Jr.*
　　William E. Pierson, Jr., WSBA #13619
　　108 South Washington Street, Suite 202
　　Seattle, WA 98104
　　206.254.0915
　　Bill.pierson@weplaw.com

# ORDER

IT IS HEREBY ORDERED that this Stipulated Motion and [Proposed] Order to Continue Expert Disclosure Deadlines is GRANTED. The current case schedule, including the discovery cutoff and trial date, shall otherwise remain in full force and effect.

DATED this 19th day of March, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge