Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OHIO SECURITY INSURANCE CO., | NO. 2:18-cv-00987-MJP |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| PUGET SOUND ENERGY, INC., a Washington corporation; PILCHUCK CONTRACTORS, INC., a Washington corporation, | |
| Defendants. | |

## STIPULATION

The undersigned parties stipulate and agree that all claims asserted in this matter by the parties to this action have been resolved and, pursuant to the terms agreed to between the parties, may be dismissed with prejudice and without an award of costs or fees to any party.

DATED this 21st day of May, 2019.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendant Puget Sound Energy, Inc.

By  *s/Mark Wilner*
    Jeffrey M. Thomas, WSBA #21175
    Mark Wilner, WSBA #31550
    600 University Street, Suite 2915
    Seattle, Washington 98101-4172
    206.467.6477
    jthomas@gordontilden.com
    mwilner@gordontilden.com

**SCHEER, HOLT, WOODS & SCISCIANI LLP**
Attorneys for Defendant Pilchuck Contractors, Inc.

By  *s/Dennis G. Woods*
    Dennis G. Woods, WSBA #28713
    Jimmy B. Meeks, Jr, WSBA #52664
    701 Pike Street, Suite 2200
    Seattle, WA  98101
    206.262.1200
    dwoods@scheerlaw.com
    jmeeks@scheerlaw.com

**LAW OFFICE OF WILLIAM E. PIERSON, JR. PC**
Attorneys for Plaintiff

By  *s/William E. Pierson, Jr.* (per email authority)
    William E. Pierson, Jr., WSBA #13619
    108 South Washington Street, Suite 202
    Seattle, WA 98104
    206.254.0915
    Bill.pierson@weplaw.com

**ORDER**

Pursuant to the above stipulation, IT IS HEREBY ORDERED that all claims asserted by the parties against each other in this matter are DISMISSED WITH PREJUDICE and each party shall bear its own costs and fees incurred.

DATED this 21st day of May, 2019.

_____
Marsha J. Pechman
United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorney for Plaintiff:**
Bill Pierson
Law Office of William E. Pierson, Jr., PC
108 South Washington Street, Suite 202
Seattle, WA 98104
bill.pierson@weplaw.com


**Attorneys for Defendant Pilchuck Contractors:**
Dennis G. Woods, WSBA #28713
Jimmy B. Meeks, WSBA #52664
Scheer, Holt, Woods & Scisciani LLP
701 Pike Street, Suite 2200
Seattle, WA 98101
dwoods@scheerlaw.com
jmeeks@scheerlaw.com


DATED this 21st day of May, 2019, at Seattle, Washington.


  *s/Mark Wilner*
Mark Wilner, WSBA #31550